# United States District Court
# Central District of California

| | |
|---|---|
| ERIKA CALDERON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, LLC, and<br>Does 1-25, inclusive<br><br>　　　　　　　Defendants. | Case No. 2:15-cv-01140-ODW(AGR)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 24), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by January 13, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

October 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**