CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: bkim@tharpe-howell.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERIKA CALDERON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br>LOWE'S HOME CENTER, INC.,<br>AND DOES 1 TO 25, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01140-ODW (AGRx)<br>*Assigned to Hon. Judge Otis D. Wright, II*<br><br>(Los Angeles County Superior Court Case No.: BC551435)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>**Hon. Otis D. Wright, II**<br>**U.S. District Court Judge** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff ERIKA CALDERON is hereby dismissed in its entirety, with prejudice.

Dated: December 9, 2016        By: _____
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE